IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH BRIDGEWATER,

     Plaintiff,                      No. CIV S-10-2971 GEB DAD P

     vs.

MATTHEW CATE et al.,

     Defendants.                <u>ORDER</u>

          Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request that he be provided a copy of his amended complaint.

          Plaintiff is advised that, if he mailed his amended complaint to the court, it has not yet been received. Under these circumstances, however, the court will grant plaintiff an additional thirty days to file his amended complaint.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Plaintiff's request for a copy of his amended complaint (Doc. No. 13) is denied; and

          2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal

1  Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the
2  docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an
3  amended complaint in accordance with this order will result in a recommendation that this action
4  be dismissed without prejudice.
5  DATED: November 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:9
   brid2971.36amc(2)