# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. BRIDGEWATER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HICKS, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: 2:10-cv-02971 TLN DAD<br><br>**DEFENDANT HICKMAN'S SUBSTITUTION OF COUNSEL; ORDER** |

　　　　BY OUR SIGNATURES BELOW, it is hereby mutually agreed that SHANAN L. HEWITT, of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:10-cv-02971 TLN DAD, and Russa Boyd, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant, R. HICKMAN.

I hereby consent to said substitution.

DATED: January 12, 2014　　　　/s/ R. Hickman (original signature retained by attorney)
　　　　　　　　　　　　　　　　　R. HICKMAN

I hereby agree to said substitution.　　RIVERA & ASSOCIATES

DATED: January 12, 2014　　　　/s/ Shanan L. Hewitt

1  SHANAN L. HEWITT

2  I hereby consent to said substitution.   KAMALA D. HARRIS
3  Attorney General of California

4  DATED: January 10, 2013   /s/ Misha D. Igra
5  BY: MISHA D. IGRA
6  Supervising DeputyAttorneyGeneral

7

8  **ORDER**

9  IT IS SO ORDERED.

10

11  Dated:  January 14, 2014

12

13

14  /brid2971.sub

```
                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE
```