UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRIDGEWATER, | No. 2:10-cv-2971 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

    On May 28, 2014, the court issued an order requiring plaintiff to show cause in writing why the court should not dismiss defendant Hickman as an improper party to this action. On June 5, 2014, plaintiff requested an extension of time to respond to the court's order, which the court granted. Plaintiff has since filed a request to voluntarily dismiss defendant Hickman and therein has made clear that he does not wish to amend his complaint to proceed against Matthew Cate. Instead, plaintiff has indicated he wishes to proceed in this action solely against defendants Virga and Turner. Good cause appearing, the court will honor plaintiff's requests.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss defendant Hickman (Doc. No. 74) is granted. Defendant Hickman is dismissed from this action; and

2. Plaintiff's motion to proceed solely against defendants Virga and Turner (Doc. No. 75) is granted. This action shall proceed on plaintiff's claims against defendants Virga and Turner and in accordance with the court's discovery and scheduling ordered issued on June 19, 2014.

Dated: July 23, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid2971.dism