IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH BRIDGEWATER,**<br><br>          Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, et al.,**<br><br>          Defendants. | Case No. 2:10-cv-2971 TLN DAD (PC)<br><br>**ORDER** |

Defendants have filed a motion to modify the scheduling order to allow for additional time to file dispositive motions.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendants' motion to modify the scheduling order (Doc. No. 91) is granted;

   2. Defendants shall file any dispositive motion on or before February 27, 2015; and

   3. Except as otherwise stated in this order, the court's discovery and scheduling order issued on June 19, 2014, remains in effect.

Dated:  January 7, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid2971.41mod